IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter B. Richman,<br><br>               Plaintiff,<br><br>v.<br><br>Mayo Foundation for Medical Education and Research, et al.,<br><br>               Defendants. | No. CV-12-01188-PHX-NVW<br><br>**ORDER** |

The Court having been notified that this matter has settled;

**IT IS ORDERED** that this action will be dismissed by the Clerk's Office without further notice on **March 20, 2013** unless prior thereto a judgment or order of dismissal is entered.

Dated this 25th day of February, 2013.

_____
Neil V. Wake
United States District Judge